**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division**

| | |
|---|---|
| **JOSHUA MELES**<br><br>  *Plaintiff*,<br><br>  v.<br><br>**CITY OF BALTIMORE**<br><br>  *Defendant*. | Civil Action No. WDQ-14-2461 |

## JOINT STIPULATION OF DISMISSAL

Comes now the parties, by and through their respective counsel, and hereby stipulate to dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with prejudice. Each party shall be responsible for bearing its own costs, expenses, and attorney's fees

Respectfully Submitted,

JOSEPH, GREENWALD & LAAKE, P.A.

 /s/ Jay P. Holland
Jay P. Holland, Bar No. 06015
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
(301) 220-2200 / voice
(301) 220-1214 / facsimile
*Counsel for the Plaintiff*

BALTIMORE CITY LAW DEPARTMENT

 /s/ Nicholas C. Sokolow
Nicholas C. Sokolow, Bar No. 29490
Assistant Solicitor
100 N. Holliday Street
Baltimore, MD 21202
Nicholas.Sokolow@baltimorecity.gov
Phone: 410-545-3334
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of March, 2015, a true and accurate copy of the foregoing was served electronically by the Court's ECF delivery system on all parties.

/s/ Jay P. Holland
Jay P. Holland